**FILED**
April 8, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                     )<br>               Plaintiff,                    )<br>v.                                                 )<br>                                                     )<br>LESLIE AVERILL,                        )<br>                                                     )<br>               Defendant.              ) | Case No. 2:10-cr-95 LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Leslie Averill</u> Case <u>2:10-cr-95 LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  \_\_   Release on Personal Recognizance

  \_\_   Bail Posted in the Sum of _____

  _X_  Unsecured bond in the amount of $10,000

  \_\_   Appearance Bond with 10% Deposit

  \_\_   Appearance Bond secured by Real Property

  \_\_   Corporate Surety Bail Bond

  _X_  (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>4/8/10</u>   at  2:39:20 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge