1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2767

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  Case NO. CR. S-10-0095 LKK
                                    )
12              Plaintiff,          )  ORDER AFTER HEARING
                                    )
13      v.                          )
                                    )
14 LESLIE DELANE AVERILL, and       )
   CAROL FERNANDEZ,                 )
15                                  )
                Defendants.         )
16                                  )
                                    )
17 _____ )

18

19                        **ORDER**

20      The parties appeared before the Court on Tuesday, May 11, 2010,

21 in case number S-10-0095 LKK.  At that time, based upon the

22 representations and agreement of all counsel, the Court ordered that

23 the case be continued to Tuesday, June 29, 2010, at 9:15 a.m., and

24 that the time beginning May 11, 2010, and extending through June 29,

25 2010, was excluded from the calculation of time under the Speedy

26 Trial Act.  18 U.S.C. § 3161.

27      The exclusion of time is appropriate due to the defense

28 counsels' need to prepare.  18 U.S.C. § 3161(h)(7)(B)(iv); Local

                              1

Code T4.  A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress.  It's also necessary to ensure defense counsels' effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that this case is continued to Tuesday, June 29, 2010, at 9:15 a.m., and that the time beginning May 11, 2010, and extending through June 29, 2010, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.


Dated: May 11, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT