BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. CR.S-10-0095 |
| Plaintiff, | Order After Hearing |
| v. | |
| LESLIE DELANE AVERILL, and CAROL FERNANDEZ, | |
| Defendants. | |

**ORDER**

The parties appeared before the Court on Tuesday, June 29, 2010, in case number S-10-0095 LKK. At that time, based upon the representations and agreement of all counsel, the Court ordered that the case be continued to Tuesday, July 27, 2010, at 9:15 a.m., and that the time beginning June 29, 2010, and extending through July 27, 2010, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare. 18 U.S.C. § 3161(h)(7)(B)(iv); Local

1

Code T4.  A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress.  It's also necessary to ensure defense counsels' effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that this case is continued to Tuesday, July 27, 2010, at 9:15 a.m., and that the time beginning June 29, 2010, and extending through July 27, 2010, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: July 6, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT