```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. CR.S-10-0095 |
| Plaintiff, | STIPULATION AND ORDER TO EXCLUDE TIME |
| v. | |
| LESLIE DELANE AVERILL, and CAROL FERNANDEZ, | |
| Defendants. | |

The parties request that the status conference in this case be continued from September 14, 2010 to October 19, 2010 at 9:15 a.m. They stipulate that the time between September 14, 2010 and October 19, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties have met and are seeking to reach a resolution of this case. The government is

1

in the process of providing a plea agreement to both defendants. Counsel for the defendants will need time to review that proposal and present it to their clients for consideration. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: September 16, 2010   /s/ Jared Dolan
By: JARED C. DOLAN
Assistant United States Attorney

/s/ Jared Dolan for
KELLY BABINEAU
Attorney for Leslie Averill

/s/ Jared Dolan for
DAN KOUKOL
Attorney for Carol Fernandez

**SO ORDERED.**

Dated:_ September 14, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT