KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for LESLIE DELANE AVERIL


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 10-CR-0095 |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| LESLIE DELANE AVERILL | ) | |
| CAROL FERNANDEZ | ) | |
| | ) | Date: 10-19-10 |
| Defendants. | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Jared Dolan, Assistant United States Attorney, Kelly Babineau, attorney for defendant Leslie Delane Averill, and Dan Kokul, attorney for defendant Carol Fernandez, that the status conference date of October 19, 2010, should be continued until November 16, 2010.  The continuance is necessary because the government recently provided a plea agreement to defense counsel.  Defense counsel needs an opportunity to review this agreement and discuss it with their clients.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of November 16, 2010, be excluded in computing

-1-

the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  October 15, 2010                    Respectfully submitted,

/s/ Kelly Babineau_____
KELLY BABINEAU
Attorney for Leslie Delane Averill

Dated: October 15, 2010                    /s/ Dan Kokul_____.
DAN KOKUL
Attorney for Carol Fernandez


Dated: October 15, 2010                    /s/ Jarod Dolan_____ _
Kelly Babineau for:
JARED DOLAN
Assistant U.S. Attorney

KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for LESLIE DELANE AVERIL


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 10-CR-0095 |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| LESLIE DELANE AVERILL | ) | |
| CAROL FERNANDEZ | ) | |
| | ) | Date: 10-19-10 |
| Defendants. | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |


UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that

the status conference presently set for October 19, 2010, at 9:15 a.m. be continued to

November 16, 2010, at 9:15 a.m.  Based on the representations of counsel and good cause

appearing therefrom, the Court hereby finds that the failure to grant a continuance in this

case would deny defense counsel reasonable time necessary for effective preparation, taking

into account due diligence.  The continuance outweighs the best interests of the public and

the defendants to a speedy trial.  It is ordered that time from this date to November 16, 2010,

shall be excluded from computation of the time within which the trial of this matter must be

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code

T4, to allow counsel time to prepare.

Dated:  October  18, 2010


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT