KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for LESLIE DELANE AVERIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 10-CR-0095 |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| LESLIE DELANE AVERILL | ) |
| CAROL FERNANDEZ | ) |
| | ) Date: 1-4-11 |
| Defendants. | ) Time: 9:15 a.m. |
| _____) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Jared Dolan, Assistant United States Attorney, Kelly Babineau, attorney for defendant Leslie Delane Averill, and Dan Kokul, attorney for defendant Carol Fernandez, that the status conference date of January 4, 2010, should be continued until January 19, 2010.  The continuance is necessary because the government provided a plea agreement to defense counsel, that the defense counsel needs an opportunity to review and discuss it with their clients.  Ms. Babineau has been in a jury trial since October 25, 2010 that is expected to conclude on January 5, 2011.  Ms. Babineau needs this time to meet with her client and discuss the proposed plea agreement.

-1-

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of January 19, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: December 30, 2010                    Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Leslie Delane Averill

Dated: December 30, 2010                    /s/ Dan Kokul
DAN KOKUL
Attorney for Carol Fernandez

Dated: December 30, 2010                    /s/ Jarod Dolan
Kelly Babineau for:
JARED DOLAN
Assistant U.S. Attorney

KELLY BABINEAU (CA State Bar #190418)
901 H Street, Suite 301
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for LESLIE DELANE AVERIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 10-CR-0095 |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE STATUS |
| ) | CONFERENCE |
| LESLIE DELANE AVERILL ) | |
| CAROL FERNANDEZ ) | |
| ) | Date: 1-4-11 |
| Defendants. ) | Time: 9:15 a.m. |
| _____) | Judge: Hon. Lawrence K. Karlton |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 4, 2011, at 9:15 a.m. be continued to January 19, 2011, at 9:15 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence. The continuance outweighs the best interests of the public and the defendants to a speedy trial. It is ordered that time from this date to January 19, 2011, shall

//

be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated: January 4, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT