1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2767

5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )  Case NO. CR.S-10-0095
                               )
12              Plaintiff,     )  Order After Hearing
                               )
13      v.                     )
                               )
14 LESLIE DELANE AVERILL, and  )
   CAROL FERNANDEZ,            )
15                             )
                Defendants.    )
16                             )
                               )
17 _____
18
19                          **ORDER**
20     The parties appeared before the Court on Tuesday, January 19,
21 2011, in case number S-10-0095 LKK.  At that time, based upon the
22 representations and agreement of all counsel, the Court ordered that
23 the case be continued to Tuesday, March 1, 2011, at 9:15 a.m., and
24 that the time beginning January 19, 2011, and extending through
25 March 1, 2011, was excluded from the calculation of time under the
26 Speedy Trial Act.  18 U.S.C. § 3161.
27     The exclusion of time is appropriate due to the defense
28 counsels' need to prepare.  18 U.S.C. § 3161(h)(7)(B)(iv); Local

                                1

```
 1  Code T4.  A continuance is necessary in this case in order to ensure
 2  defense counsel has a reasonable amount of time to review the
 3  evidence given the limitations imposed by Congress.  It's also
 4  necessary to ensure defense counsels' effective preparation, taking
 5  into account the exercise of due diligence.  18 U.S.C. §
 6  3161(h)(7)(B)(iv); Local Code T4.
 7       ACCORDINGLY, it is hereby ordered that this case is continued
 8  to Tuesday, March 1, 2011, at 9:15 a.m., and that the time beginning
 9  January 19, 2011, and extending through March 1, 2011, be excluded
10  from the calculation of time under the Speedy Trial Act.  The Court
11  finds that the interests of justice served by granting this
12  continuance outweigh the best interests of the public and the
13  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
14       IT IS SO ORDERED.
```

Dated: January 27, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT