HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
LESLIE AVERILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LESLIE AVERILL,<br><br>　　　Defendant. | Case No. Cr.S. 10-0095-LKK<br><br>APPLICATION AND ORDER APPOINTING COUNSEL |

　　　LESLIE AVERILL through the Federal Defender for the Eastern District of California, hereby requests appointment of the Office of the Federal Defender, through RACHELLE BARBOUR, Research and Writing Attorney, to represent him in this case.

　　　Mr. Averill was referred to the Federal Defender's Office by the United States Probation Office to assist him in filing a motion for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Federal Defender's Office has received a financial affidavit that indicates that Mr. Averill qualifies for appointed counsel. The Federal Defender's Office is

/ / /

/ / /

/ / /

/ / /

-1-

respectfully requesting appointment to represent Mr. Averill.

DATED: September 24, 2013

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      /s/ Rachelle Barbour

                                                      RACHELLE BARBOUR
                                                      Research and Writing Attorney

     Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

Dated: September 24, 2013

                                                      CAROLYN K. DELANEY
                                                      UNITED STATES MAGISTRATE JUDGE